PASSAIC VALLEY SEWERAGE COMMISSIONERS v. VICON
CONSTRUCTION COMPANY, INC.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDE JETER.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY DUNCAN.

February 19, 1982.

Petition for certification denied.

JOSEPH F. SUMMONTE AND LAURETTA A. SUMMONTE v.
FIRST AMERICAN TITLE INSURANCE COMPANY.

February 19, 1982.

Petition for certification denied. (See 180 *N.J. Super.* 605)